# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR333 |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER** |
| RAMON SIMPSON, | |
| Defendants. | |

The court held a status conference today via telephone conference. The issue of setting a Deadline by which Defendant, Simpson, shall gather and submit to the United States Attorney evidence in support of mitigation of the death penalty was held in abeyance until this telephone status conference. Based on the conversation with the parties the court finds Defendant, Simpson, should be given until April 20, 2020 to submit mitigation evidence to the United States Attorney and/or the Capital Case Committee.

**IT IS ORDERED:**

Defendant, Simpson, shall be given until April 20, 2020 to submit mitigation evidence to the United States Attorney and/or the Capital Case Committee.

Dated this 23rd day of October, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge