IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:18CR333 |
| vs. | |
| RAMON SIMPSON, | AMENDED ORDER |
| Defendants. | |

The court held a telephone status conference on October 23, 2019. The issue of setting a Deadline by which Defendant, Simpson, shall gather and submit to the United States Attorney evidence in support of mitigation of the death penalty was held in abeyance until this telephone status conference. Based on the conversation with the parties the court finds Defendant, Simpson, should be given until April 20, 2020 to submit mitigation evidence to the United States Attorney and/or the Capital Case Committee.

**IT IS ORDERED:**

1. Defendant, Simpson, shall be given until April 20, 2020 to submit mitigation evidence to the United States Attorney and/or the Capital Case Committee.
2. The additional time arising as a result of the granting of the motion, *i.e.*, from October 23, 2019, through April 20, 2020, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. 3161(h)(7)(A) & (B).

Dated this 28th day of October, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge