IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RAMON SIMPSON,<br><br>　　　　　　Defendant. | 8:18CR333<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Attorney John G. Gromowsky to withdraw as learned counsel for the defendant, Ramon Simpson. (Filing No. 148). John G. Gromowsky represents that the Government is no longer seeking the death penalty against Mr. Simpson. Due to the government no longer seeking the death penalty against Mr. Simpson he is no longer entitled to learned counsel. Therefore, John G. Gromowsky's motion to withdraw (Filing No. 148) is granted. Attorney Matthew M. Munderloh will remain as counsel of record on the case.

　　　　The clerk shall provide a copy of this order to John G. Gromowsky.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 24th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge