IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. RAMON SIMPSON, Defendant. | 8:18-CR-333 ORDER |

This matter is before the Court on its own motion regarding the jury instructions in this case. The Court held a preliminary jury instruction conference on the record on March 26, 2021, beginning at approximately 8:45 a.m. Based on that conversation, several instructions will be removed from the forthcoming Final Jury Instructions that will be filed at a later time, which will renumber the instructions. For purposes of clarity, and given the proposed instructions were referenced by number at the jury instruction conference, the Court attaches the Proposed Jury Instructions as originally numbered and provided to the parties prior to the March 26, 2021, conference. The attached proposed instructions have instruction numbers that correspond to the instruction numbers discussed during the preliminary jury instruction conference on March 26, 2021 and any instruction conferences prior to that date.

Dated this 26th day of March, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge