IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>RAMON SIMPSON,<br><br>    Defendant. | 8:18-CR-333<br><br>**ORDER** |

This matter is before the Court on the Request for Transcript (Filing 305) filed by non-party Susan Brandl. The request for a transcript is granted, provided Susan Bandl contacts Rogene Schroder at (402) 661−7383 or roschrod79@yahoo.com and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript (Filing 305) filed by non-party Susan Brandl is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk of Court is directed to mail a copy of this order to Susan Brandl at the address provided in Filing 305.

Dated this 23rd day of April, 2021.

            BY THE COURT:

            _____
            Brian C. Buescher
            United States District Judge